UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,

                               CASE NO.: 19-20215-Cr-Scola

        Plaintiff,

vs.

ARMANDO LORENZO,

        Defendant.
_____/

SPEEDY TRIAL REPORT

Pursuant to this Court's Trial Order entered on June 6, 2019 (D.E, 28) and Local Rule 88.5 defendant Lorenzo files his first Speedy Trial report in this case.

1.  A superseding Indictment was issued against Defendant Armando Lorenzo on May 23rd, 2019 (D.E. 15). He made his initial appearance on May 29th, 2019 (D.E. 17) and was arraigned on June 5, 2019 (D.E.). Thus, the speedy trial clock began to run on May 29, 2019; *See 18 U.S.C. § 3161(c)(1).*

2.  On June 4th, 2019, Defendant filed an Unopposed Motion to Modify Conditions of Release (D.E. 23); the Motion was granted on June 5th, 2019 (D.E. 24).  One day is excludable time because of this Motion.

3.  On June 17, 2019, Defendant filed an Unopposed Motion to Continue Trial (D. E. 31 ); the Motion was granted on June 24th, 2019 (D.E. 32) and trial is set for October 28th, 2019 (D.E.)  All days between June 17th and October 28th, 2019 or any trial setting thereafter are excludable time under the Speedy Trial Act.

4.   As of the filing of this Report, 29 (twenty-nine) days have passed since the date of the defendant's first appearance. 10 ( ten) days is excludable time under the Speedy Trial Act, so 51 (fifty one) days remain on the speedy trial clock,  however, per the Order continuing the case, all days between June 17 and October 28, 2019, or any trial setting thereafter is excludable time to meet the ends of justice.

5.   Counsel for the government was provided a copy of this Speedy Trial Report and agrees that it accurately reflects the computation of the gross time, excludable time, net time remaining and the final date upon which the defendant can be tried in compliance with the Speedy Trial Plan of the Court.

Respectfully submitted,

MIGUEL DEL AGUILA, P.A.
6161 Blue Lagoon Dr. Suite 400
Miami, Florida 33126
Tel:  305/267-4665
Florida Bar No.: 0232033
delaguilalaw@aol.com

/s/*Miguel del Aguila*____
MIGUEL DEL AGUILA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 26th 2019, a true and correct copy of this Speedy Trial Report was filed with the Clerk of the Court using CM/ECF and was served on all counsel or parties of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/*Miguel del Aguila*